# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 7, 2013

Lyle W. Cayce
Clerk

No. 12-10578
Summary Calendar

STANLEY WAYNE STEPHENS, also known as Stanley J. Stevens,

Petitioner - Appellant

v.

THE STATE OF TEXAS,

Respondent - Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:12-CV-249

Before HIGGINBOTHAM, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Stanley Stephens appeals the dismissal of his petition for a writ of mandamus, which he filed while detained at the Tarrant County jail. The district court determined that Stephens had not paid a $150 monetary sanction imposed in a prior case, and it dismissed Stephens' mandamus petition because it had been filed in violation of the standing sanction order.

Stephens raises a number of claims for relief based on his arrest, detention, and prosecution. Nonetheless, he does not dispute the district court's

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

determination that he has not paid the monetary sanction, nor does he contend that his mandamus petition is not subject to the preclusion order set forth in the prior case. Stephens has failed to show that the district court abused its discretion in dismissing his action for failure to comply with the standing sanction order. *See Gelabert v. Lynaugh*, 894 F.2d 746, 747-48 (5th Cir. 1990).

AFFIRMED.